**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 171 MAL 2016

  :

Respondent   :

  :   Petition for Allowance of Appeal from

  :   the Order of the Superior Court

v.   :

  :

  :

  :

FERNANDO FLORES,   :

  :

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.